UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:

Joanne M. Hayes,

Debtor.

:　CASE NO.: 22-73195-reg
:　CHAPTER: 13
:
:　HON. JUDGE.:
:　Robert E. Grossman
:
:　Hearing Date: January 9, 2023 at
:　9:30 am
:
:
:

------------------------------------------------------------X

## ORDER GRANTING IN REM RELIEF

**WHEREAS**, on or about November 15, 2022, this case commenced upon the filing of a Voluntary Petition for Bankruptcy under Chapter 13 of the United States Bankruptcy Code in this Court; and

**WHEREAS**, on or about December 1, 2022, a motion was filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust (with any subsequent successor or assign, the "Movant") seeking an Order granting In-Rem Relief from Automatic Stay

**WHEREAS**, on or about January 9, 2023, this Court held a hearing on the motion, at which counsel for the Movant appeared,

**NOW, THEREFORE**, it is *hereby*

**ORDERED,** that for the reasons set forth in the Motion and on the record at the hearing, that Movant's motion is granted, and it is hereby:

**ORDERED**, that the automatic stay under 11 U.S.C. § 362(a) is also vacated under 11 U.S.C.§ 362(d)(1)-(2) as to Movant's interest in the Property, to permit Movant to pursue its rights under applicable law to the Property; and it is further

**ORDERED** that the Co-Debtor stay in effect pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and/or continue with a foreclosure action with regards to the Property; and it is further

**ORDERED,** that pursuant to 11 U.S.C. § 362(d)(4), upon entry of the within Order, any future filing in any case under the Bankruptcy Code purporting to affect the real property known as 44 Flamingo Road, Levittown, New York 117569, shall not operate as a stay against Movant, its successors and/or assigns for a period of two years marked from entry of the within Order, **provided that** this Order is recorded in compliance with applicable State laws governing notices of interests or liens in real property.



Dated: Central Islip, New York
January 17, 2023

Robert E. Grossman
United States Bankruptcy Judge